# Court of Appeals, State of Michigan

## ORDER

In re JP

Docket No.    344812

LC No.    2017-000048-DL

Brock A. Swartzle
Presiding Judge

Elizabeth L. Gleicher

Michael J. Kelly
Judges

The Court orders that the September 24, 2019 opinion is hereby AMENDED to correct a clerical error:

In the third line of the first paragraph of the concurring opinion it reads: "and is understandable and commendable that S's mother and authorities took the matter seriously".

It should read: "and it is understandable and commendable that S's mother and authorities took the matter seriously".

In all other respects, the September 24, 2019 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

SEP 2 6 2019
_____
Date

_____
Chief Clerk